1

2

**FILED**

JUN - 8 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

CASE NO. 11CR2715-MMA

12

Plaintiff,

13

vs.

14

RICHARD ERIC RAMIREZ,

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE THE BOND, AND
PASSPORT BE RELEASED BY
PRETRIAL IF HELD

15

Defendant.

16

17

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

18

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with

19

prejudice, the bond be exonerated, and passport released by Pretrial if held.

20

IT IS SO ORDERED.

21

DATED: **6/8/12** .

22

23

24

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge

25

26

27

28