FILED
JUN - 8 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>RICHARD ERIC RAMIREZ,<br><br>                Defendant. | CASE NO. 11CR2715-MMA<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6/8/12

_____
HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge